

ORDERED in the Southern District of Florida on July 23, 2024.



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 24-14672-EPK
CHAPTER 13

CESAR CUMERMA,

    Debtor.

                                                /

### ORDER GRANTING
### MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**THIS CASE** came before the Court for consideration on July 16, 2024, on the Trustee's Consent Calendar, upon the Motion for Relief from the Automatic Stay (DE 20) filed by U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE LB-IGLOO SERIES IV TRUST on June 7, 2024. For the reasons stated on the record, it is

    **ORDERED:**

1. The Motion is Granted.

2. The automatic stay arising by reason of 11 U.S.C. § 362 of the Bankruptcy Code is terminated as to US Bank and its successors and assigns' interest in the real located at 115 Avenue, Fort Pierce, FL 34982 ("Property") and further described as:

   LOT 3, BLOCK 3, SUNSET PARK (REPLAT), ACCORDING TO THE MAP OR PLAT THEREOF AS RECORDED IN PLAT BOOK 11, PAGE 28, PUBLIC RECORDS OF SAINT LUCIE COUNTY, FLORIDA

3. The automatic stay is modified for the sole purpose of allowing Movant to complete in rem relief to take any and all steps necessary to exercise any and all rights it may have in the Property, to gain possession of the Property, to have such other and further in rem relief as is just, but the Movant shall not obtain in personam relief against the Debtor.

4. The 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is waived.

##

Submitted by:
Matthew Klein, Esq.
HOWARD LAW
4755 Technology Way, Suite 104
Boca Raton, FL 33431
Office Phone: (954) 893-7874 Ext. 121
Fax: (888) 235-0017
Email: Bankruptcy@HowardLaw.com

Attorney Matthew Klein, Esq. is directed to serve this order upon all non-registered users and file a conforming certificate of service.